Dear: Judge Haynes

1-10-10

This Letter are to inform you that I would like for you to make way of getting me an Attorney that can best provide me with representing me with thorough examining of my facts pertain to the issues that best describe for proving my innocence. I'm not getting my point across with the ineffective Assistance of Counsel I've receive trying to convence me we need to go about my matters to a lower court! Statute of limitations has ran down !!!!

**ORDER**

This request is DENIED as this action is neither factually nor legally complex in such circumstances, appointment of counsel is appropriate. Reneer v Sewell 975 F2d 258, 261 (6th Cir 1992). A telephone conference is set for April 26, 2010 at 10:30 am to discuss pretrial matters.

Sincerely,

Craig Lamont Thompson
4-8-10  #204952