IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CRAIG LAMONT THOMPSON, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:09-cv-0074 |
| | ) | JUDGE HAYNES |
| | ) | |
| ROLAND COLSON, | ) | |
|     Respondent. | ) | |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Fed.R.Civ.P. 25(d)(1), Petitioner Craig Thompson respectfully requests that this Court enter an order substituting Jennie Jobe for Roland Colson as Respondent. In support thereof, Mr. Thompson shows:

1. In this habeas corpus proceeding, the proper Respondent is the current Warden of the prison where the State confines Mr. Thompson, the Lois M. DeBerry Special Needs Facility, 7575 Cockrill Bend Industrial Road, Nashville, Tennessee 37209. See 28 U.S.C. § 2242.

2. As of the date of this motion, the Tennessee Department of Correction Web Site identifies Jennie Jobe as the current Warden of the Lois M. DeBerry Special Needs Facility.

*[Handwritten note on right side: "ORDER / This motion is GRANTED / [signature] / 9-8-10"]*