UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CRAIG LAMONT THOMPSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:09-00074 |
| | ) | JUDGE HAYNES |
| | ) | |
| JENNIE L. LOBE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Clerk is **ORDERED** is to serve a copy of the petition and this Order by certified mail on the Respondent and the Attorney General for the State of Tennessee. Rule 4, Rules – Section 2254 Cases. In accordance with Rule 5 of the Rules Governing Section 2254 cases the Respondent is **ORDERED** to file a response within thirty (30) days from entry of this Order. As the Respondent has not had the opportunity to respond to the petition, Petitioner's motion for summary judgment (Docket Entry No. 23) is premature and is therefore **DENIED without prejudice.**

It is so **ORDERED.**

ENTERED this the _____ day of March, 2011.

WILLIAM J. HAYNES, JR
United States District Judge