UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CRAIG LAMONT THOMPSON, | ) |
| | ) |
| Petitioner | ) |
| | ) Case No. 2:09-0074 |
| v. | ) Judge Sharp/Brown |
| | ) |
| JENNIE L. JOBE, WARDEN, | ) |
| | ) |
| Respondent | ) |

**O R D E R**

This matter has been referred to the undersigned by Judge Sharp for further proceedings under Rule 8(b), among others (Docket Entry 50). At the present time there are several pending motions. The first (Docket Entry 40) is a motion to dismiss by the Respondent on the grounds that the petition is untimely. The Petitioner has filed a response (Docket Entry 42).

The Petitioner filed a motion (Docket Entry 43) to renew the earlier motion for summary judgment (Docket Entry 23). The Respondent has filed a response (Docket Entry 48) to this motion to renew the earlier motion and included a reply in support of their motion to dismiss (Docket Entry 40). Both of these motions are dispositive, which will require a report and recommendation to Judge Sharp. Procedurally, the Respondent has filed a motion for permission to late file a motion for enlargement of time (Docket Entry 44) and an actual motion for extension of time to file a response and reply (Docket Entry 45) to the Petitioner's renewed motion for summary judgment (Docket Entry 43). The motions for

permission to late file and for an extension of time (Docket Entries 44 and 45) are **GRANTED**.

Additionally, the Respondent has filed a motion to waive Local Rule 56.01 (Docket Entry 47). This motion is **GRANTED**.

Given what appears to be a rather complex procedural history in this case, a telephone conference is set for **Wednesday, September 21, 2011, at 11:00 a.m. To participate in the conference call, parties shall call 615-695-2851 at the scheduled time.**

At the conference the parties should be prepared to update the Magistrate Judge on the procedural history in this case and whether any party believes any additional matters need to be submitted before the Magistrate Judge prepares a report and recommendation on the pending dispositive motions. The parties should also advise whether they believe oral argument would be of any benefit in this matter.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2

Case 2:09-cv-00074   Document 51   Filed 09/07/11   Page 2 of 2 PageID #: 1336