IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| CRAIG LAMONT THOMPSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 2:09-cv-00074 |
| v. ) | Judge Sharp/Brown |
| ) | |
| JENNIE L. JOBE, Warden, ) | |
| ) | |
| Respondent. ) | |

After reviewing the parties' motions and responses in this matter, the Magistrate Judge has determined that an evidentiary hearing is necessary pursuant to 28 U.S.C. § 2254 to determine whether equitable tolling applies in light of Petitioner's mental illness. The Magistrate Judge believes the record is not complete on this issue. Therefore, the parties are **ORDERED** to attend an evidentiary hearing to be held on **March 6, 2012 at 9:30 a.m.** in Courtroom 783.

Entered this 24th day of January, 2012.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge