UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG LAMONT THOMPSON, | ) |
| Petitioner, | ) |
| v. | ) No. 2:09-cv-00074 |
| | ) Judge Sharp |
| ROLAND COLSON, | ) |
| Respondent. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum of Law, the Report and Recommendation of the Magistrate Judge (Docket No. 75) is hereby ACCEPTED and APPROVED, and Petitioner's objections are OVERRULED. Petitioner's Motion for Summary Judgment is DENIED. Petitioner's habeas corpus petition is DENIED.

This action is DISMISSED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE